NANDKUMAR RAMKUMAR, Appellant, v GRAND STYLE TRANSPORTA-TION ENTERPRISES INC. et al., Respondents. GRAND STYLE TRANSPORTATION ENTERPRISES INC. et al., Third-Party Plaintiffs-Respondents, v GEORGINA D. CASTILLO, Third-Party Defendant-Respondent.

Submitted December 12, 2013; decided February 13, 2014

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 22 NY3d 905 (2013)].

NANDKUMAR RAMKUMAR, Appellant, v GRAND STYLE TRANSPORTA-TION ENTERPRISES INC. et al., Respondents. GRAND STYLE TRANSPORTATION ENTERPRISES INC. et al., Third-Party Plaintiffs-Respondents, v GEORGINA D. CASTILLO, Third-Party Defendant-Respondent.

Submitted December 12, 2013; decided February 13, 2014

Motion by the Defense Association of New York, Inc. for leave to appear amicus curiae on the motion for reargument herein granted and the affirmation is accepted as filed [see 22 NY3d 905 (2013)].

NANDKUMAR RAMKUMAR, Appellant, v GRAND STYLE TRANSPORTA-TION ENTERPRISES INC. et al., Respondents. GRAND STYLE TRANSPORTATION ENTERPRISES INC. et al., Third-Party Plaintiffs-Respondents, v GEORGINA D. CASTILLO, Third-Party Defendant-Respondent.

Submitted December 16, 2013; decided February 13, 2014

Motion by New York State Trial Lawyers Association for leave to appear amicus curiae on the motion for reargument herein granted and the affirmation is accepted as filed [see 22 NY3d 905 (2013)].

ROBERTO RAMOS et al., Individually and on Behalf of All Other Persons Similarly Situated, Appellants, v SIMPLEXGRINELL LP et al., Respondents.

Decided February 13, 2014

See 740 F3d 852.